242 So.2d 244

**Billy Jean Morgan DAY et al.**

**v.**

**CAMPBELL–GROSJEAN ROOFING & SHEET METAL CORPORA- TION et al.**

**No. 51029.**

Jan. 5, 1971.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.